38 A.3d 820

Kyle RAINEY, Petitioner

v.

Seth WILLIAMS, Head of Philadelphia District Attorney's Office, Respondent.

No. 129 EM 2011.

Supreme Court of Pennsylvania.

Feb. 22, 2012.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.